UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA,

v.                               CRIMINAL ACTION NO. 5:18-cr-00026-02

MARK T. RADCLIFFE,

## ORDER

Pending is Defendant Mark T. Radcliffe's Motion to Continue [Doc. 950]. The Court **GRANTS** the motion. The motion hearing, previously scheduled for August 27, 2021, is **CONTINUED to September 10, 2021, at 11:30 a.m.**

The Clerk is directed to send a copy of this Order to the Defendant and his counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED: August 23, 2021

Frank W. Volk
United States District Judge